## Commonwealth, by, et al v. Greenbaum, et al.

(Decided October 11, 1910.)

Appeal from Woodford Circuit Court.

RESPONSE TO PETITION FOR MODIFICATION AND EXTENSION BY WM. ROGERS CLAY, COMMISSIONER.

The petition for modification and extension of former opinion is granted.

The opinion is modified so as to read: Judgment reversed and cause remanded for proceedings not inconsistent with this opinion.